# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Gustavo Nevarez
            Plaintiff,

v.                    Case No.: 3:24–cv–50369
                   Honorable Iain D. Johnston

Boone County, Illinois, et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2024:

  MINUTE entry before the Honorable Iain D. Johnston: Before the Court is the plaintiff's motion for a temporary restraining order [4]. The plaintiff shall provide personal service of the complaint, the motion for a TRO, and this minute entry to the Boone County State's Attorney's Office, as well as notification by email and a phone call no later than 4:30 P.M. today. The parties are strongly encouraged to confer to discuss whether a TRO is even needed. If the parties are bound and determine to proceed to a hearing on the TRO, the hearing will occur on 9/13/2024 at 9:30 A.M. The parties shall contact this Court's operations specialist no later than 4:00 P.M. on 9/12/2024 to report whether they will require the hearing. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.