UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO NEVAREZ, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOONE COUNTY, ILLINOIS, a body politic and corporate, and DIANE ZIMMERMAN, an individual in her official capacity,<br><br>Defendants. | Civil Action No. 24-CV-50369 |

**PLAINTIFF'S REQUEST FOR REFUND OF FILING FEE**

On Friday, September 6, 2024 counsel for Plaintiff Gustavo Nevarez ("Nevarez") filed the instant lawsuit. In filing the lawsuit, counsel for Nevarez inadvertently submitted two filing fees, the receipt of which are as follows:

AILNDC-22449570 - $405
AILNDC-22449584 - $405

The second filing fee was submitted in error. Accordingly, counsel hereby requests a refund of $405 for Receipt No. AILNDC 22449584. Thank you for your attention to this matter.

DATED: September 10, 2024

Respectfully Submitted,

GUSTAVO NEVAREZ, JR.,
*Plaintiff*

By: /s/ *Jamie A. Robinson*
One of His Attorneys

Jamie A. Robinson (ARDC No. 6270503)
THE BRUNO FIRM, LLC
205 N. Michigan Ave., Ste. 810
Chicago, Illinois 60601
312-321-6481
jr@brunolawus.com