**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Gustavo Nevarez, Jr. vs. Boone County, Illinois, and Diane Zimmerman

Case Number: 24-CV-50369

An appearance is hereby filed by the undersigned as attorney for:
Boone County, Illinois, a body politic and corporate, and Diane Zimmerman, an individual in her official capacity

Attorney name (type or print): Ryan T. Straw

Firm: Reno & Zahm LLP

Street address: 2902 McFarland Road, Suite 400

City/State/Zip: Rockford, IL 61107

Bar ID Number: 6297723
(See item 3 in instructions)

Telephone Number: (815) 987-4050

Email Address: rts@renozahm.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 11, 2024

Attorney signature: S/ Ryan T. Straw
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023