IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| GUSTAVO NEVAREZ, JR., an individual, ) | |
| ) | Case No. 3:24-cv-50369 |
| Plaintiff, ) | |
| ) | Judge Iain D. Johnston |
| vs. ) | |
| ) | Magistrate Judge Lisa A. Jensen |
| BOONE COUNTY, ILLINOIS, a body politic and ) | |
| corporate, and DIANE ZIMMERMAN, an individual in) | |
| her official capacity, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY JUDGMENT AND DAMAGES

Defendants, BOONE COUNTY, ILLINOIS, a body politic and corporate, and DIANE ZIMMERMAN, an individual in her official capacity, by their attorneys, Reno & Zahm LLP, respectfully file this Motion to Dismiss Plaintiff's Complaint for injunctive relief, declaratory judgment and damages (the "Complaint") for failure to exhaust administrative remedies pursuant to the Colorado River doctrine and for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). In support thereof, Defendants state as follows:

1. Plaintiff, GUSTAVO NEVAREZ, JR. ("Plaintiff"), has filed a three-count complaint against Defendants, BOONE COUNTY, ILLINOIS ("Boone County") and DIANE ZIMMERMAN, in her official capacity ("Zimmerman"), relating to Plaintiff's desire to obtain a temporary use permit to host an animal show on his property located at 10813 Spring Road, Garden Prairie, Illinois (the "Property").

2. More specifically, on August 26, 2024, Plaintiff was sent notice that his ability to obtain temporary use permits ("TUPs") was suspended for one year from that date for ongoing violations of the ordinance at past events. Compl. at ¶ 39.

3. In Count I, Plaintiff seeks a declaratory judgment finding that the suspension and revocation is invalid and in violation of the United States Constitution Procedural Due Process provisions. Specifically, Plaintiff alleges he was denied equal protection under the law. Compl. at ¶¶ 50-59.

4. In Count II, Plaintiff alleges civil rights violations pursuant to 42 U.S.C. § 1983 in denying his TUP application and suspension of his rights to obtain future TUPs being based on Mr. Nevarez being Hispanic and of Mexican descent. Compl. at ¶¶ 60-68.

5. In Count III, Plaintiff seeks injunctive relief enjoining Boone County from "interfering with Nevarez's TUP application process for his September 24, 2024 animal show event," and also enjoining Boone County from "interfering with Nevarez's September 15, 2024 animal show event," along with other related relief. Compl. at ¶¶ 69-72.

6. Pursuant to Fed. R. Civ. Pro. 12(b)(6), Counts I through III of the Complaint should be dismissed because Plaintiff fails to state a cause of action in that he has failed to exhaust his administrative remedies and/or failed to satisfy the finality requirement.

7. Pursuant to Fed. R. Civ. Pro. 12(b)(6), Counts I through III of the Complaint should be stayed or dismissed pursuant to the Colorado River doctrine due to litigation already pending in state court,

8. Pursuant to Fed. R. Civ. Pro. 12(b)(6), Counts I through III of the Complaint should be dismissed, as Plaintiff failed to state a claim upon which relief can be granted.

9. Pursuant to Fed. R. Civ. Pro. 12(b)(6), Counts I and II of the Complaint should be dismissed, as time barred under the applicable statute of limitations for § 1983 claims, or in the alternative, the Complaint should be stricken pursuant to Fed. R. Civ. Pro. 12(f).

10. Defendants' Memorandum of Law in support of the Motion to Dismiss Plaintiff's Complaint is filed herewith and incorporated herein for all purposes.

WHEREFORE, Defendants, BOONE COUNTY, ILLINOIS, a body politic and corporate, and DIANE ZIMMERMAN, an individual in her official capacity, respectfully request that the Court enter an Order dismissing all counts of Plaintiff's Complaint pursuant to Fed. R. Civ. Pro. 12(b)(6), and that the Court award Defendants their reasonable attorneys' fees and costs associated with bringing this Motion, and for such other and further relief that this Court deems just and equitable.

Dated this _____ day of September, 2024.

                    RENO & ZAHM LLP

                    By: /s/ Michael G. Schultz
                          Michael G. Schultz
                          Attorney for Boone County, Illinois,
                          and Diane Zimmerman, Defendants

Michael G. Schultz (#06297569)
Ryan T. Straw (#06297723)
Jeffrey H. Powell (#06297445)
RENO & ZAHM LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
(815) 987-4050
mgs@renozahm.com
rts@renozahm.com
jhp@renozahm.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 12, 2024, I caused to be electronically filed the aforesaid **MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY JUDGMENT AND DAMAGES** with the Clerk of the above Court using the CM/ECF system, which will send electronic notification of such filing to the following attorneys:

Jamie A. Robinson (jr@brunolawus.com)
THE BRUNO LAW FIRM, LLC
205 N. Michigan Ave., Ste. 810
Chicago, Illinois 60601

/s/ Michael G. Schultz
Michael G. Schultz (#6297569)
RENO & ZAHM LLP
2902 McFarland Road, Suite 400
Rockford, IL  61107
(815) 987-4050
mgs@renozahm.com
*Attorneys for Defendants*