Terry Rossi
5053 Shattuck Rd.
Belvidere, IL 61008
Sept. 17, 2024

Honorable Judge Iain D. Johnston
United States District Court for the Northern District of IL
Western Division
327 S. Church St.
Rockford, IL 61101

Dear Honorable Judge Johnston,

Hello, your Honor. The purpose of this letter is to ask for advice dealing with the "animal shows" and "rodeos" allowed under Boone County temporary permits. Actually, it's more a cry for help because I have been dealing with this issue for the past 2 and ½ years and I don't know how to proceed. I am hoping that you will either direct me or validate my approach to this matter. I am a 32 year resident of Boone County and a retired public school teacher of social studies and U.S. government. I live in the Ag district of Boone County on a 5 acre parcel. About 8 years ago, a new neighbor moved in across the street from me and had what I assumed was a "horse party". My initial thought was "how cool." However, after the 4th or 5th "horse party" I decided I could no longer tolerate the noise coming from the bands that played at the parties. I wrote a letter to my neighbor about his events in which I complained about the loud noise. At the following event it appeared as if he faced the speakers in the opposite direction of my house, which helped reduce the noise a bit, however, it did not reduce the vibration from the bass. After speaking with some other neighbors, I found out the county permits animal shows using a temporary permit. Another of my neighbors told me that a horse had been gutted by a steer's horn at one of the rodeos across the street from me. They said the horse had to be shot. This is when I decided toI attend my neighbor's next event, a rodeo, to find out what was really happening across the street. I paid admission to attend. To make a long story short, I noticed some things regarding the animals that didn't sit well with me. However, I was not able to see what was later revealed by a drone that captured activities hidden from the attendees. I went to my first County Board meeting where I spoke at public comment about the noise I was enduring for hours on end. I explained that my home was vibrating, that I could not watch television, nor read, nor have a conversation with anyone because the music was so loud. When I spoke for the first time at the meeting, a board member asked me if I didn't think I was being racist. I suppose it's because I used the term Mexican style rodeo, which it was. The rodeo event involved steer tailing which is a rodeo event from Zacatecas, Mexico, something I learned at my neighbor's rodeo. (more on steer tailing in a bit) The rules of the County Board indicate that board members are not to speak to public speakers, but this particular board member blurted out the "aren't you racist?" question with no hesitation. The chairman indicated that I did not have to respond, but I stated I was there to complain about noise, not someone's race. After learning from the county that I would have to endure the noise from the rodeo across the street from me, at the time 6 times per season, and that the county has NO noise ordinance except a limit on the hours of noise and nothing about decibel levels (people can be as loud as they want between the hours of 10am to 11pm on weekends), I decided to investigate what really was going on at these events. That is when drone footage was obtained. I invited an animal rights group to drone the event across the street from me. At this droned event, the property owner did not have enough steer for each rider so the steers present were used over and over again. This is a major violation of professional American rodeos where the rule is one run per animal. Steer tailing is performed at most rodeos in Boone County. It involves a rider on a horse who chases a steer along a wall and grabs its tail and tries to flip the steer off its feet while running at full speed. There were many animal rights violations all recorded and given to my County Board members and State's

Attorneys. A steer was pushed to the ground and its back was broken. No one called a vet. They tied a rope to the steer's horn while it writhed in pain and dragged it across the property. They then tried to load it into a front loader, to no avail. Finally, after about 2 ½ hours, they shot it…twice, because they botched the first shot. This was all captured on video and we had the sheriff out to press charges. The case was lost in court, because the judge said the owner of the property was not responsible since he was not on the horse that took down the steer. This is in clear violation of the Illinois Human Care for Animals Act. The Illinois Department of Agriculture website states anyone involved in a rodeo or animal show is responsible for following the Humane Care for Animals Act and the guidelines listed on their website. This includes property owners, animal owners, event coordinators, participants, and, I would argue, County Board members who permit these events. Currently, my neighbor is banned from holding a temporary permit for this season. I don't know what next summer holds. This is my background of how I became involved in this issue. Please keep reading.

According to the temporary permit issued by Boone County, an "animal show" is allowed for amplified auxiliary music. Because of this, people are buying farms for the purpose of holding "animal shows." These particular locations (7 to date) have 6, 8, sometimes 10 bands play all day long on the day of the "animal show". (see attachment promotional flier) **Hundreds** of people come. It is B.Y.O.B.. Some are there for the animal show, but most are there for the concert. Attendees are charged anywhere from $40 to $80 entry fees. The music plays from noon to 8:00 p.m. through stacks of speakers at extremely loud volume even though the County Code clearly states concerts must be in the business district and that auxiliary music is for the purpose of the animal show. The stack of speakers, amps, equipment used at these events rival those used at any large concert held in a large arena. This is the loophole I am fighting. While there is definitely documented animal abuse happening at these rodeos, and I am fighting that, as well, there are also hundreds of people coming to hear the concert, drink excessively, fire weapons into the air or ground, and then drive out of the event completely intoxicated onto country roads. My neighbor had over 600 vehicles leave his property during his last event. I counted the cars as they left. Those of us who live in rural Boone County never thought we'd have to listen to concerts for 8 hours! The only temporary permits issued in Boone County are all for these so called "animal shows". They are promoted and hosted primarily, if not 100 percent, by Hispanic residents and property owners. Their promotional fliers are called "Battle of the Bands" or something of the like. Only a tiny portion of the flier is in regards to animals at all. It appears to me that the county is afraid of being labeled racist if they deny a permit. One property owner does not live in Boone County, yet holds concerts in the Ag District under the guise of an "animal show". This property owner recently appeared before your Honor in a suit against Boone County.

Boone County has a very tiny sheriff's department. They can't police these events, and I really don't want them putting themselves in that kind of danger. I need to convince my board to change the code to say NO amplified music allowed for events held under a temporary permit. This would reduce the crowds that are only there to party and hear the concert. Fewer people would make surveillance of animal safety easier, and it would let the neighbors of these events enjoy the quiet of the countryside (the reason most of us live in rural areas). Am I on the right track? I have contacted my state rep and senator, as well as another state senator about banning steer tailing outright because it is a brutal practice. I've gotten nowhere, but I refuse to stop trying. I was hoping that a ban on steer tailing would put an end to the practice of buying property for the sole purpose of holding concerts using the animal show temporary permit and protect the animals from overwork and abuse.

I sat in the back of your courtroom on Friday, Sept. 13, during the hearing against Boone County. I heard you say the language in the County Code about violations was weak, at best. The County didn't even put anything about the shots fired at the last event in the letter sent to the plaintiff which attempted to deny him his permit for Sept. 15. I heard those shots. I was within 100 yards of those shots. I have it on video. I was at the neighboring property during the plaintiff's last event. When the police arrived to check on horses dancing, they were in the ring, but the music played for 7 hours while the horses walked around the ring for maybe two hours, at best. The police only come to check for a few minutes while the neighbors are held hostage in their

own homes because of the noise and the drunk drivers. The cars in their driveway vibrate from the music volume. I feel like my County is letting me down. I should not have to listen to someone else's music for 8 hours when concerts are not allowed in Ag districts. Do I continue to ask the Board to change the temporary permit to say no amplified music? I think this would really alleviate a lot of issues. Is this legal? My State's Attorney does not seem to be much help. Is there any way you could give me some advice off the record? I am dealing with major animal abuse issues, which I have not even touched the surface of in this letter as well as the issue of 8 hours of blaring music 4 times a year at 7 different rural locations. I have attended every County Board meeting and Ad hoc meeting for the last 2 and ½ years, but we country dwellers are still having to listen to 8 hours of music, now 4 times per season per location (28 possible rodeo/concerts per season in Boone County, the smallest county in Illinois).

If you would be so kind as to reply, I would greatly appreciate it. If you are not comfortable with that, would it be possible to take you to lunch or coffee some day just to have a private discussion? Completely off the record, of course. I am in need of counsel on this issue, but am not finding it anywhere. Being a retired public school teacher legal funds are non-existent 🙁 You are welcome to call, write, or email.

Thank you for reading my letter. I hope to hear back from you soon.
Enjoy your day. Sincerely,
Terry Rossi
M.S.Ed.

Phone # 779-203-5435
Email- terros2000@aol.com
Address: 5053 Shattuck Rd.
　　　　　Belvidere, IL 61008

P.S. Thank you for doing the job you do.

